UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EAGLE AIR TRANSPORT, INC. )
)
) VS. 14 CV 2604
NATIONAL AEROTECH AVIATION )
DELAWARE, INC. and )
KEVIN WILLIAMS, individually and as general )
manager and sole officer of National Aerotech )
Aviation Delaware, Inc. )

## MOTION FOR DEFAULT JUDGMENT

Now comes plaintiff EAGLE AIR TRANSPORT INC. by its attorneys Fred M. Morelli Jr. and Heidi Emmett and moves this court to enter an order of default against Defendants National Aerotech Aviation Delaware, Inc. and Kevin Williams personally in support of this Motion Plaintiff states as follows:

1. EAGLE AIR TRANSPORT INC. is a corporation duly authorized to and doing business in the State of Illinois and is the Plaintiff in this cause of action.
2. National Aerotech Delaware, Inc. and Kevin Williams are Defendants in this cause of action.
3. National Aerotech Aviation Delaware, Inc. was served, by service on its registered agent, with summons and complaint on April 21, 2014. A copy of the affidavit of service is attached hereto and marked as exhibit A.
4. Kevin Williams was served by personal service on April 17, 2014. A copy of the affidavit of service is attached hereto and marked as exhibit B.
5. As of May 12, 2014 at 7:00 pm neither defendant has filed or caused an appearance, answer or other pleading to be filed in this cause.
6. Federal Rule of Civil Procedure 12(a)(1)(A) requires that defendants answer or otherwise plead within 21 days of being served with process.
7. The time allowed for defendants to answer or otherwise plead has passed.

Wherefore EAGLE AIR TRANSPORT INC. respectfully requests that an order of default be entered against National Aerotech Aviation Delaware, Inc. and Kevin Williams personally and the Judgment be entered against both defendants in the amount of $520,000.

Dated: May 12, 2014

*[signatures]*

Firm Name:
Fred Morelli
Law Offices of Morelli & Raval
P.O. Box 1416
Aurora, IL 60507-1416
(630) 892-6665
ARDC No. 1957139

Heidi Emmett
Emmett Law
3215 E. 1969th Road, Suite 7
Ottawa, IL 61350
(815) 993-0529
ARDC No. 6310843