Civil Action No. 14 CV 2604

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* NATIONAL AEROTECH AVIATION DELAWARE, INC.
was received by me on *(date)* 4/21/14

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DANNETTA DANIELSON (process agent), who is designated by law to accept service of process on behalf of *(name of organization)* NATIONAL AEROTECH AVIATION DELAWARE, INC.
C/O GLOBAL CORPORATE SERVICES, INC 704 N. KING ST. WILMINGTON, DE 19801 on *(date)* 4/21/14

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 4/21/14

*Server's signature*

DENORRIS BRITT
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Eagle Air Transport, Inc.

V.

National Aerotech Aviation Delaware, Inc. and Kevin Williams, individually and as general manager and sole officer of National Aerotech ~~Aviation Delaware, Inc.~~

CASE NUMBER: 14 CV 2604

ASSIGNED JUDGE: John A. Nordberg

DESIGNATED MAGISTRATE JUDGE: Mary M. Rowland

TO: (Name and address of Defendant)

National Aerotech Aviation Delaware, Inc.
c/o Global Corporate Services, Inc.
704 North King Street, Suite 500
Wilmington, DE 19899
(561) 968-6611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Heidi Emmett, Emmett Law 3215 E. 1969th Road, Suite 7, Ottawa, IL 61350

Fred Morelli, Law Offices of Morelli & Raval P.O. Box 1416, Aurora, IL 60507-1416

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



April 14, 2014

DATE