# UNITED STATES DISTRICT COURT
## Northern District of Illinois

### SUMMONS IN A CIVIL CASE

Eagle Air Transport, Inc.

                **CASE NUMBER:** 14 CV 2604
                **ASSIGNED JUDGE:** John A. Nordberg

V                 **DESIGNATED MAGISTRATE JUDGE:** Mary M. Rowland

National Aerotech Aviation Delaware, Inc.
Kevin Williams Individually and as a general
Manager and sole officer of National Aerotech

### AFFIDAVIT OF SERVICE

      I Floretta Fitzgerald a private process server /she is a citizen of the United Stated, and 21 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on April 17th, 2014 at 6:20 I serve a summons and complaint to Kevin Williams

Documents:
Summons & Complaint

Dated 4/18, 2014

_____
Floretta Fitzgerald
Process server

Sworn to and Subscribed before me,
On April 18, 2014
_____ Notary Public

LAKEITA ALLEN
NOTARY PUBLIC
Clayton County
State of Georgia
My Comm. Expires April 1, 2016

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Eagle Air Transport, Inc.

　　　　　　V.

National Aerotech Aviation Delaware, Inc. and
Kevin Williams, individually and as general
manager and sole officer of National Aerotech

CASE NUMBER: 14 CV 2604

ASSIGNED JUDGE: John A. Nordberg

DESIGNATED
MAGISTRATE JUDGE: Mary M. Rowland

TO: (Name and address of Defendant)

Kevin Williams
home: 111 Hickory Trail Road, Stockbridge, GA 30281

business: 130 Selfridge Road, Hampton, GA 30228 (678) 782-4176

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Heidi Emmett, Emmett Law 3215 E. 1969th Road, Suite 7, Ottawa, IL 61350

Fred Morelli, Law Offices of Morelli & Raval P.O. Box 1416, Aurora, IL 60507-1416

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



April 14, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 4/17/2014 |
| NAME OF SERVER (PRINT) Floretta Fitzgerald | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 11449 Tara Blvd. Hampton GA 30228 Walmart Parking Lot

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: 11449 Tara Blvd - Kevin Walker

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/17/2014    Floretta Fitzgerald
            Date         Signature of Server

P.O. Box 2056 Stockbridge GA 30281
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.